United States District Court
Southern District of Texas
**ENTERED**
October 06, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| WILSON JOSE BRITO HIDALGO § <br> "Petitioner," § <br> § <br> v. § <br> § <br> JOSE GARCIA LONGORIA, JR, *et al.*, § <br> "Respondents." § § | Civil Action No. 1:25-cv-00224 |

## ORDER

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus…" (Dkt. No. 1) ("Petition"), Petitioner's "Motion for Temporary Restraining Order (Dkt. No. 2) ("Motion"), and Respondents' "Advisory to the Court" (Dkt No. 3) ("Advisory").

Petitioner, a holder of temporary protective status, seeks his immediate release under the Immigration and Nationality Act. According to the Advisory, Respondents are unopposed to the Temporary Restraining Order and are releasing Petitioner in Detroit, Michigan—his original location of detainment.

As such, Petitioner's Motion (Dkt. No. 2) is **GRANTED**. Respondents are **ORDERED** to transfer Petitioner to <u>Detroit, Michigan</u> and release him as soon as possible and in no case later than the expiration of this Temporary Restraining Order—<u>October 20, 2025, at 5:00 p.m</u>. Respondents' Response to the Petition is due <u>October 23, 2025</u>.

Signed on October 6, 2025.

                                                                                                       _____
                                                                                                       Rolando Olvera
                                                                                                       United States District Judge