United States District Court
Southern District of Texas
**ENTERED**
October 08, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| WILSON JOSE BRITO HIDALGO<br>"Petitioner,"<br><br>v.<br><br>JOSE GARCIA LONGORIA, JR, *et al.*,<br>"Respondents." | Civil Action No. 1:25-cv-00224 |

## ORDER

Before the Court is Petitioner's "Notice of Supplemental Authority" (Dkt. No. 5) and Respondents' "Revised Advisory to the Court" (Dkt. No. 6) (together "Advisories").

On October 3, 2025, the Supreme Court issued a ruling in *Kristi Noem, et al. v. National TPS Alliance, et al.*, No. 25A326 removing the stay of judgment that had prevented the removal of Venezuelans with Temporary Protective Status ("TPS"). According to the Parties' Advisories, Petitioner is likely removable based on the Supreme Court's ruling.

As such, this Court's previous Order (Dkt. No. 4)—which was based on the parties' agreement that Petitioner should be released because of Petitioner's TPS—is likely no longer valid. That said, out of an abundance of caution, Petitioner is **ORDERED** to file a brief with the Court on or before October 16, 2025, informing the Court if any exceptions apply in Petitioner's case or if the Petition should be dismissed. Respondents' Response is due October 23, 2025. This Court's previous Order (Dkt. No. 4) is **AMENDED** as follows: The Temporary Restraining Order currently in effect is extended until November 3, 2025. Respondents are **ORDERED** to continue detaining, without removing, Petitioner until November 3, 2025, at 5 P.M. CST.

Signed on this 8th day of October 2025.

Rolando Olvera
United States District Judge