United States District Court
Southern District of Texas
**ENTERED**
October 20, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WILSON JOSE BRITO HIDALGO<br>    "Petitioner," | § § § | |
| v. | § § | Civil Action No. 1:25-cv-00224 |
| JOSE GARCIA LONGORIA, JR, *et al.*,<br>    "Respondents." | § § § | |

## ORDER

Before the Court is Petitioner's "Brief Pursuant to October 8 Court Order" (Dkt. No. 9) ("Brief"). The purpose of this brief was to determine whether the temporary restraining order should be vacated, and the Petition dismissed, after the Supreme Court's ruling in *Kristi Noem, et al. v. National TPS Alliance, et al.*, No. 25A326.

According to Petitioner's brief, there are no exceptions to the Supreme Court's ruling that would warrant this Court maintaining it's temporary restraining order. Dkt. No. 9 at 5. And, while Petitioner is pursuing alternative relief efforts in the Third Circuit, Petitioner consents to dismissal without prejudice of this action upon the expiration of the temporary restraining order. *Id.*

As such, finding Petitioner cannot show a substantial likelihood of success on the merits of their Petition, the temporary restraining order (Dkt. Nos. 4 & 7) is **VACATED**. Under Fed. R. Civ. P. 41(a)(1)(A)(i), Petitioner's Petition is **DISMISSED without prejudice**. The Clerk of the Court is **ORDERED** to close this case.

Signed on October 20, 2025.

_____
Rolando Olvera
United States District Judge